# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MEALANCON and DOMINICK BOOZER, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PARSEC, INC., an entity of unknown form; BUDCO GROUP, INC., an Ohio corporation; BUDCO GROUP, an entity of unknown form; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:25-CV-00716-AH-MARx<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION [36]   [JS-6]**<br><br>Complaint filed:  December 12, 2024<br>Action Removed: January 27, 2025 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**<u>ORDER</u>**

Based on the Parties' stipulation and good cause appearing therefore, the Court orders that this matter shall be remanded to the Superior Court of the State of California, for the County of Los Angeles.

Dated: JUNE 24, 2025

*[signature]*

_____
The Honorable Anne Hwang
United States District Judge